# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING AND PRINTING, INC., <br>     Plaintiff, <br><br> v. <br><br> SHORELINE WEAR, INC., <br>     Defendant. | CV 18-9517 DSF (ASx) <br><br> Order Dismissing Case for Lack of Prosecution |

    Plaintiff's March 18, 2019 response to the Court's Order to Show Cause re Dismissal for Lack of Prosecution is not sufficient.

    Rule 4(m) states that a court "must dismiss the action without prejudice" if the defendant is not served within 90 days. The Court is granted discretion to order service within a specified time and must extend the time for service on a showing of good cause. The Court's Order to Show Cause explicitly required Plaintiff to either (1) show that Defendant was served within the 90-day period or (2) make a showing as to why the 90-day period should be extended.

    While Defendant was apparently served on March 15 – over four months after the filing of the case – Plaintiff's response provides no showing as to why it did not serve defendant within the 90-day period.

Therefore, the case is DISMISSED without prejudice.

 IT IS SO ORDERED.

Date: April 2, 2019

_Dale S. Fischer_
Dale S. Fischer
United States District Judge